UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-393-1-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON STEWART HOLLINGSWORTH | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records and pleadings pertaining to JAMES STEWART HOLLINGSWORTH be changed to correctly reflect the proper identification of the defendant as JASON STEWART HOLLINGSWORTH.

This 12 June 2018.

_____
W. Earl Britt
Senior U.S. District Judge