FILED IN OPEN COURT
ON 9/27/18
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00393-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| JASON STEWART HOLLINGSWORTH | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 23, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), based upon the defendant's plea agreement whereby the defendant agreed to the forfeiture of the property listed in the December 12, 2017 Criminal Indictment, to wit: $983.70 in United States Currency, a .9mm caliber Glock pistol, bearing serial number DVL665, and any and all related ammunition;

AND WHEREAS, the Government has advised the Court that it will not continue its efforts to pursue forfeiture as to the $983.70 in U.S. Currency in this criminal forfeiture action;

AND WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less than $1,000. In addition, as no other potential claimants are known, no direct notice need be provided.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the August 23, 2018 Preliminary Order of Forfeiture is vacated (DE #47).

2. That the remaining property, the subject firearm and ammunition listed in the August 23, 2018 Preliminary Order of Forfeiture, are hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the property according to law, including destruction.

3. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 17 day of September, 2018.

W. EARL BRITT
Senior United States District Judge